UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index Number: 14-CV-9932
Date Filed: 12/16/2014
Court/Return Date:

ATTORNEY(S) BORRELLI & ASSOCIATES   PH: 516-248-5550
1010 NORTHERN BLVD. STE 328 GREAT NECK, NY 11021 |

**Fernando Marcelo Rodriguez**

*Plaintiff*

vs

**Luis Gonzales and Juan Camilo et al**

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**Benjamin Lamb**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **February 16, 2015**, at **6:23 PM** at **456 East 175th Stsreet, Bronx, NY 10457**, Deponent served the within **Summons in a Civil Action and Complaint**

On: **Luis Gonzales**, **Defendant** therein named, ( hereinafter referred to as "subject").

☒ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ #5 MAILING
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Male     Color of skin: Brown     Color of hair: Black     Age: 35
Height: 5ft9in-6ft0in     Weight: Over 200 Lbs.     Other Features: mustache, beard

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on February 17, 2015

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Process Server, Please Sign
Benjamin Lamb
Job #: 1501686    Lic# 1071492
Client's File No.:

*Inter County Judicial Services, LLC, 85 Willis Avenue Ste. F, Mineola, NY 11501 LICENSE # 1371771*